Copy Mailed by Chambers to Pro Se Petitioner of Record

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

SAUNDRA HANSSON,

                        Petitioner,

        – *against* –                      19 CV 8373 (KMK) (LMS)

AMY LAMANNA,                        ORDER

                        Respondent.

**THE HONORABLE LISA MARGARET SMITH, U.S.M.J.**[1]

The undersigned is in receipt of a request[2] from Alice Trappler for permission to act as an assistant to pro se Petitioner Saundra Hansson at a status conference scheduled for Tuesday, February 11, 2020, at 2:15 p.m. Alice Trappler states under penalty of perjury that she is a prison law library clerk at Bedford Hills Correctional Facility and full-time paralegal assistant. Request, ¶¶ 2, 4. Ms. Trappler seeks permission to attend the conference "[s]hould petitioner require help to effectively communicate during the in-person conference." Id. at 8. "While a defendant has a constitutional right to defend himself [or herself] pro se . . . that right does not encompass the right to be represented in court by an individual who is not admitted to the practice of law." People v. Rodriguez, 129 A.D.2d 594 (2d Dept. 1987) (internal citations omitted). Ms. Trappler has not indicated that she is admitted to practice law in the State of New York. To allow Ms. Trappler to represent Petitioner at the upcoming conference would be to allow the unlicensed practice of law. Therefore, Ms. Trappler's request is **DENIED**.

---

[1] The Honorable Judge Kenneth M. Karas referred this matter to the undersigned on September 12, 2019. ECF No. 6.

[2] The letter request had not been added to the electronic docket sheet at the time of signing.

Dated: February 7, 2020
White Plains, New York

**SO ORDERED,**

_____
Lisa Margaret Smith
United States Magistrate Judge
Southern District of New York